UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARCUS M. MOORE,

                              Petitioner,

        v.

ROB JACKSON,

                              Respondent.

Case No. C25-6187-BHS-SKV

REPORT AND RECOMMENDATION

Petitioner Marcus M. Moore is currently confined at the Washington State Penitentiary in Walla Walla, Washington.  On December 31, 2025, Petitioner submitted to the Court for filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 in which he appears to challenge a 2021 judgment and sentence of an unspecified Washington court.[1]  *See* Dkt. 1 at 1.  Petitioner failed to submit with his petition either the requisite $5.00 filing fee or an application to proceed with this action *in forma pauperis*.  The Clerk therefore sent Petitioner a letter advising him that his submission was deficient and that he would have to correct the deficiency not later than January 30, 2026, or face dismissal of this action.  *See* Dkt. 3.  To date, Petitioner has not responded in any fashion to the Clerk's deficiency letter.

---

[1] Petitioner did not submit his petition on the Court's standard form and much of the information required by the standard form is absent from Petitioner's petition.

REPORT AND RECOMMENDATION
PAGE - 1

As Petitioner has had ample time to either pay the filing fee for this action or submit an application to proceed *in forma pauperis*, but has failed to do so, this Court recommends that the instant action be dismissed for failure to satisfy the filing fee requirement.  A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **April 6, 2026**.

DATED this 16th day of March, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2